Z.M. v Kaufman (2026 NY Slip Op 00713)

Z.M. v Kaufman

2026 NY Slip Op 00713

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

909 CA 24-01322

[*1]Z.M., AN INFANT, BY HIS MOTHER AND NATURAL GUARDIAN DEBORAH M., AND DEBORAH M., INDIVIDUALLY, PLAINTIFF-RESPONDENT,
vLEAH KAUFMAN, M.D., ET AL., DEFENDANTS, CROUSE HOSPITAL, AIWA ONO, M.D., KHANH-HEIN TRAN, M.D., AND XUE CHI, M.D., DEFENDANTS-APPELLANTS. 

GALE GALE & HUNT, LLC, FAYETTEVILLE (KEVIN T. HUNT OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
MERSON LAW, PLLC, NEW YORK CITY (EMILY C. VAUGHT OF COUNSEL), HASAPIDIS LAW OFFICES, SOUTH SALEM (ANNETTE G. HASAPIDIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Danielle M. Fogel, J.), entered July 22, 2024. The order, among other things, denied in part that part of a motion seeking summary judgment dismissing the complaint against defendants Crouse Hospital, Aiwa Ono, M.D., Khanh-Hein Tran, M.D. and Xue Chi, M.D. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 30 and February 2, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court